COM.

v.

MENDEZ, C.

**1637 WDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–61–CR–0000069–2015, CP–61–CR–0000376–2016 (Venango)

Affirmed

COM.

v.

ADAMS, T.

**1658 WDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–25–CR–0000350–2014 (Erie)

Affirmed

LENNEX, B.

v.

JARVIS, L.

v.

Taylor, D.

**1712 WDA 2016**

Superior Court of Pennsylvania.

08/17/2017

No. 2015–176 (Washington)

Affirmed

**PENNSYLVANIA TRUST COMPANY**

v.

**LEIDEN, M.**

**2079 EDA 2016**

Superior Court of Pennsylvania.

08/18/2017

No. 2016–0347 (Montgomery)

Affirmed